## United States District Court
### Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | 9266608 | MP DEAN | 4657 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code | |
|---|---|---|
| 11/20/2021  0408 | CVC 23136(a) | |

Place of Offense: CAMP PENDLETON SAN LUIS RMY GATE BLD 17012

Offense Description: Factual Basis for Charge   UNDERAGED DRIVING HAZMAT ☐
UNDER THE INFLUENCE

### DEFENDANT INFORMATION

Last Name: MOORE   First Name: GIANNI   M.I.: M

Street Address:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7RAE241 | CA | | FORD/MUSTANG | | WHT |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| ☒ A If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 WEST BROADWAY   Date:
SAN DIEGO   92101   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CCN 03530

*9266608*

ENC (A)

---

I state that on **NOV 20**, 20**21** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

DRIVER, MOORE G, WAS RAPIDLY ACCELERATING AND BREAKING. AFTER FAILING TO PRESENT AN ID MOORE WAS PULLED INTO PARKING LOT.

MOORE PRESENTED HIS DOD ID WHICH WAS DEFINED ON THE DOB TO APPEAR OVER 21. MOORES EYES WERE BLOODSHOT AND WATERY. MORE REFUSED PRE-EXITS.

MOORE WAS TAKEN TO THE PARKING LOT FOR SFSTS AND MP DAVID DETERMINED MOORE UNSAFE TO DRIVE A MOTOR VEHICLE.

UPON ARRIVAL TO PMO MOORE WAS DISRESPECTFUL TO THOSE AROUND HIM. USING THE "N" WORD AND MAKING INAPPROPIATE COMMENTS ABOUT A FEMALE PHLEBOTOMIST.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/20/2021**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.